**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2347**

———————

EVA F. CHAMBERS,

                                    Plaintiff - Appellant,

        versus

GREENVILLE COUNTY SCHOOL DISTRICT,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Dennis W. Shedd, District Judge.
(CA-98-502-6-12BD)

———————

Submitted:  March 20, 2000            Decided:  April 3, 2000

———————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eva F. Chambers, Appellant Pro Se.  Steven Mark Wynkoop, Elizabeth
M. McMillan, NELSON, MULLINS, RILEY & SCARBOROUGH, Greenville,
South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eva F. Chambers appeals the district court's order granting summary judgment to the Greenville County School District, her former employer, on her employment discrimination claims, and dismissing without prejudice her pendent state law claims. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Chambers v. Greenville County Sch. Dist., No. CA-98-502-6-12BD (D.S.C. Aug. 31, 1999). We deny Chambers' motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2